AO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
September 03, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ AQ _____
DEPUTY

**UNITED STATES OF AMERICA**
**V.**
Rocael TADEO-Lucas

**CRIMINAL COMPLAINT**

Case Number:    **EP:25-MJ-4930-LE**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about ___8/29/2025___ in ___El Paso___ County, in the ___Western District Of Texas___ defendant(s) did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States  without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title ___8___ United States Code, Section(s) ___1326(a)___

I further state that I am a(n) ___Border Patrol Agent___ and that this complaint is based on the following facts:

The DEFENDANT, Rocael TADEO-Lucas, an alien to the United States and a citizen of Guatemala was found approximately 6.90 miles east of the Ysleta Port of Entry in El Paso, Texas in the Western District of Texas.  From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Guatemala on June 8. 2025, through Alexandria, Louisiana.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Continued on the attached sheet and made a part hereof:          ☒ Yes    ☐ No

Complaint sworn to telephonically on
___September 03, 2025___ at ___01:02 PM___ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Signature of Complainant

Fabiola Cintron
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

___9/3/2025___
Date

at    ___El Paso, TX___
City/State

Laura Enriquez          U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Rocael TADEO-Lucas

PEPT# PEPT250900259

09/03/2025

FACTS    (CONTINUED)

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
The DEFENDANT has been removed 2 times, the last one being to GUATE on June 8, 2025, through ALEXANDRIA, LA

Criminal History:
None Found